UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CROWN FINANCIAL, LLC :

-V- : CA 05 293 T
No.

BRADFORD A. DEAN, JOHN S. DEAN, GLENN A. SCOTT, JEFFREY D. KING, THOMAS MELUCCI, RICHARD L. BREADY and DEAN WAREHOUSING SERVICES, INC. :

# COMPLAINT

## Parties

1. Crown Financial, LLC ("Crown"), is a corporation organized under the laws of the State of Texas and with a principal place of business in Houston, Texas.

2. Defendants Bradford A. Dean, John S. Dean, Glenn A. Scott, Jeffrey D. King, Thomas Melucci, and Richard L. Bready are, upon information and belief, residents of the State of Rhode Island and are former shareholders of Dean Transportation Services, Inc. ("DTS"), which has an address of 155 Amaral Street, East Providence, Rhode Island. Dean Warehousing Service, Inc. ("DWS"), is a Rhode Island corporation with a principal place of business in Cumberland, Rhode Island.

## Jurisdiction

3. This Court has jurisdiction pursuant to 28 USC § 1332 given that the matter in controversy exceeds $75,000 and is between citizens of different states.

## Causes of Action

## Count I

4. On February 9, 2004, the individual Defendants sold their shares in DTS to Patrick Crowe.

5. Contemporaneously with the sale of DTS, individual Defendants were obligated to transfer title and possession of the assets of DTS to Plaintiff, a financing company which helped Patrick Crowe acquire the stock of DTS through a Purchase and Lease Agreement and Equipment Lease Agreement also dated February 9, 2004.

(1)

6. On February 9, 2004, Plaintiff became the owner of the property described in Exhibit A attached hereto, particularly trailers. The value of this property is in excess of $108,000.

7. On February 9, 2004, Defendants unlawfully retained the property described in Exhibit A and converted it to their own use, to the damage of Plaintiff.

Count II

8. Plaintiff repeats the allegations contained in paragraphs 1 through 7 of Plaintiff's complaint as if set forth herein in full.

9. Defendant Glenn A. Scott, on or after February 10, 2004, used trucks and trailers owed by Crown without permission of Crown or its lessee, for use in Mr. Scott's business known as Quonset Transportation, Inc., to Plaintiff's damage.

Count III

10. Plaintiff repeats the allegations contained in paragraphs 1 through 9 of Plaintiff's complaint as if set forth herein in full.

11. Defendant Bradford A. Dean, after Crown's lessee ceased operations, used trucks and trailers owned by Crown without permission of Crown or its lessee, removed parts from Crown's trucks and replaced them with inferior and/or used parts and otherwise improperly used and converted Plaintiff's property, to Plaintiff's damage.

Count IV

12. Plaintiff repeats the allegations contained in paragraphs 1 through 11 of Plaintiff's complaint as if set forth herein in full.

13. Defendant Bradford A. Dean and Defendant DWS took possession of certain trailers owned by Plaintiff after lessee went out of business and refused to give possession to Plaintiff without Plaintiff paying Defendants Dean and DWS exorbitant and unreasonable fees Dean described as "storage charges."

14. Defendant Bradford A. Dean had no right to retain possession or to charge Plaintiff storage charges for the trailers.

15. Plaintiff paid Defendants Dean and DWS storage charges in the amount of $8,500 under protest.

16. Defendants Bradford A. Dean and DWS damaged Plaintiff in an amount of $8,500 in excessive and unnecessary storage charges.

WHEREFORE, Plaintiff requests that the court:

1. Award Plaintiff damages in the sum of actual damages exceeding $108,000 from each individual Defendant, jointly and severally, costs of action, interest and attorneys' fees as to Count I;

2. Award Plaintiff damages against Glenn A. Scott as to Court II, and Bradford A. Dean and DWS as to Counts III and IV plus costs of action, interest and attorneys' fees; and

3. Such other relief as the Court deems just.

CROWN FINANCIAL, LLC

By its attorneys,

Robert D. Fine, Esq. (#2447)
Douglas J. Emanuel, Esq. (#5176)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903

Exhibit A.

# Dean Trailer List

## TRAILERS

| Road Trailers | Storage Trailers | | Amaral Street | |
|---|---|---|---|---|
| 804503 | 884062 | 45164 | 590 | 480220 |
| 804492 | 480300 | 4593 | 911740 | 603 |
| 804498 | 45006 | 45127 | 290508 | 480274 |
| 241919 | 804497 | t-21 | 480294 | 864610 |
| 480299 | 480277 | 73254 | 480285 | 4592 |
| 618 | 814043 | 45520 | 483410 | 45536 |
| 884107 | 480273 | 2 | 484244 | 894396 |
| 620 | 211172 | 45509 | 480275 | 488 |
| 480285 | 290 | 240856 | 4810 | 45003 |
| 480277 | 894085 | 45125 | 489 | 480282 |
| 494434 | 814038 | 894118 | 490923 | 452 |
| 15303 | 293218 | 703903 | 804491 | 290247 |
| 48029 | 48617 | 480219 | 864873 | 5321 |
| 48027 | 804495 | 9715 | 874497 | 241919 |
| **615** | 188 | 480293 | 480288 | 480287 |
| **480279** | 494434 | 9940 | 458 | 15302 |
| **480287** | 480213 | 00010 | 459613 | 912146 |
| **814026** | 490724 | 45129 | 489610 | 480286 |
| **804092** | 294 | 289314 | 814030 | 293494 |
| | 846758 | 489603 | 874791 | 45007 |
| | 48004 | 4571 | 480297 | 240856 |
| | 480295 | 45535 | 451 | 15304 |
| | 824113 | **45128** | 4608 | 25 |
| | 804499 | **9791** | 480289 | **480283** |
| | 864843 | **9874** | 804500 | **480294** |
| | 293 | | 804004 | |
| **TOTAL 19 trls.** | **51 trls.** | | **26 trls.** | **25 trls.** |

**GRAND TOTAL 121 TRAILERS**

**DEAN TRACTORS BY UNIT # - 12 TOTAL**

**79**
**109**
**111**
**519**
**521**
**523**
**525**
**545**
**547**
**549**
**1033**
**1035**

**DEAN FORKLIFTS – 2 TOTAL**

**NO UNIT #'S**