**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

CROWN FINANCIAL, LLC :
: Civil Action No. 2005-293-T
-V- :
:
BRADFORD A. DEAN, JOHN S. DEAN, :
GLLENN A. SCOTT, JEFFREY D. KING, :
THOMAS MELUCCI, RICHARD L. BREAD :
and DEAN WAREHOUSING SERVICES, INC. :

ANSWER OF DEFENDANT, JOHN S. DEAN

Parties

1. Defendant, JOHN S. DEAN, is without sufficient information to form a belief concerning the allegations in Paragraph 1 and on that basis deny the same.

2. Admitted.

Jurisdiction

3. Defendant, JOHN S. DEAN, is without sufficient information to form a belief concerning the allegations in Paragraph 3 and on that basis deny the same

Causes of Action

Count I

4. Admitted.

5. Defendant, JOHN S. DEAN, is without sufficient information to form a belief concerning the allegations in Paragraph 5 and on that basis deny the same.

6. Defendant, JOHN S. DEAN, is without sufficient information to form a belief concerning the allegations in Paragraph 6 and on that basis deny the same.

7. Denied.

Count II

8. Defendant, JOHN S. DEAN, hereby realleges and incorporates his responses to Paragraphs 1 through 7, above, as if recited at length herein.

9. Defendant, JOHN S. DEAN, is without sufficient information to form a belief concerning the allegations in Paragraph 9 and on that basis deny the same.

Count III

10. Defendant, JOHN S. DEAN, hereby realleges and incorporates his responses to Paragraphs 1 through 9, above, as if recited at length herein.

11. Defendant, JOHN S. DEAN, is without sufficient information to form a belief concerning the allegations in Paragraph 11 and on that basis deny the same.

Count IV

12. Defendant, JOHN S. DEAN, hereby realleges and incorporates his responses to Paragraphs 1 through 11 as if recited at length herein.

13. Defendant, JOHN S., DEAN, is without sufficient information to form a belief concerning the allegations in Paragraph 13 and on that basis deny the same.

14. Defendant, JOHN S. DEAN, is without sufficient information to form a belief concerning the allegations in Paragraph 14 and on that basis deny the same.

15. Defendant, JOHN S. DEAN, is without sufficient information to form a belief concerning the allegations Paragraph 15 and on that basis deny the same.

16. Denied as to Defendant, JOHN S. DEAN.

WHEREFORE, Defendant, JOHN S. DEAN, requests that Plaintiff's Complaint against him be dismissed, with prejudice, and that Defendant be awarded all reasonable costs of suit including, but not limited to, attorneys fees.

JOHN S. DEAN

By his attorney,

Scott J. Partington, Esq. (#3168)
Bigos & Partington, Ltd.
2176 Mendon Road, Suite 2000
Cumberland, RI 02864

Defendant, JOHN S. DEAN, hereby demands a trial by jury and hereby designates Scott J. Partington, Esq. as his trial counsel.

## AFFIRMATIVE DEFENSES

1. Plaintiff has failed to state a claim upon which relief can be granted.

JOHN S. DEAN

By his attorney,

Scott J. Partington, Esq. (#3168)
Bigos & Partington, Ltd.
2176 Mendon Road, Suite 2000
Cumberland, RI 02864

Dated: August 1, 2005

## CERTIFICATION

I hereby certify that on this 2nd day of August, 2005, I mailed a copy of the within document to Robert D. Fine, Esq., Chace Ruttenberg & Freedman, LLP, One Park Row, Suite 300, Providence, RI 02903.