UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CROWN FINANCIAL, LLC<br><br>v.<br><br>BRADFORD A. DEAN, JOHN S. DEAN, GLENN A. SCOTT, JEFFREY D. KING, THOMAS MELUCCI, RICHARD L. BREADY and DEAN WAREHOUSING SERVICES, INC. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2005-293-T |

RECEIVED
AUG 04 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION**

NOW COMES Plaintiff and Defendant, Glenn A. Scott, by and through counsel, and stipulate that Defendant, Glenn A. Scott may have up to and including September 7, 2005 to answer or otherwise respond to the Complaint of Crown Financial, LLC.

Richard J. Welch (#4497)
Moses Afonso Jackvony, Ltd.
170 Westminster Street, Suite 201
Providence, Rhode Island 02903
Ph: (401) 453-3600
Fx: (401) 453-3604

Robert D. Fine (#2447)
Douglas J. Emanuel (#5176)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, Rhode Island 02903
Ph: (401) 453-6400
Fx: (401) 453-6411

Scott,Glenn/Stipulation 8.2.05

ENTER:

Ernest C. Torres
Chief, U.S. District Judge

DATE: 8/9/05