UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
SEP 08 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CROWN FINANCIAL, LLC :
Plaintiff, :
v. : C.A. NO.: 05-293T
BRADFORD A. DEAN, JOHN S. DEAN, GLENN A. SCOTT, JEFFREY D. KING, THOMAS MELUCCI, RICHARD L. BREADY and DEAN WAREHOUSING SERVICES, INC. :
Defendants. :

**STIPULATION**

Plaintiff, Crown Financial, LLC and defendants, Thomas Melucci ("Melucci"), Richard L. Bready ("Bready"), and Glenn A. Scott ("Scott"), hereby stipulate and agree that defendants Melucci, Bready and Scott shall have until September 23, 2005, to answer or otherwise respond to the Amended Complaint in this action.

Crown Financial, LLC
By its Attorneys,

[signature]
Robert D. Fine, Esq. (#2447)
Douglas J. Emanuel, Esq. (#5176)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
(401) 453-6400

Thomas Melucci
By his attorney,

[signature] 9/6/05
Craig M. Scott, Esq. (#4237)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700

ENTER [signature]
Ernest C. Torres
Chief, U.S. District Judge
DATE 9/9/05