**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CROWN FINANCIAL, LLC<br>*Plaintiff,*<br><br>VS.<br><br>BRADFORD A. DEAN, JOHN S. DEAN<br>GLENN A. SCOTT, JEFFREY D. KING<br>and DEAN WAREHOUSING SERVICES<br>INC.<br>*Defendants.* | CASE NO. CA05-293T |

**ENTRY OF APPEARANCE**

I, Michel A. Kelly, Esquire, hereby enter my appearance in the within action on behalf of the Defendants, Bradford A. Dean and Jeffrey D. King.

Respectfully submitted,

Michael A. Kelly, Esquire (#2116)
Law Offices of Michael A. Kelly
55 Pine Street, Suite 5000
Providence, RI 02903
Tel#: (401) 490-7334
Fax#: (401) 490-7874

Dated: 9/9/05

**CERTIFICATION**

I hereby certify that I caused a true and accurate copy of the within Entry of Appearance to be mailed, postage prepaid, to Robert D. Fine, Esquire, Chace Ruttenberg & Freedman, LLP, One Park Row, Suite 300, Providence, RI 02903 on this 12th day of September, 2005.