RECEIVED

SEP 16 2005

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CROWN FINANCIAL, LLC<br>*Plaintiff,*<br><br>VS.<br><br>BRADFORD A. DEAN, JOHN S. DEAN GLENN A. SCOTT, JEFFREY D. KING and DEAN WAREHOUSING SERVICES INC.<br>*Defendants.* | : | CASE NO. CA05-293T |

**STIPULATION**

It is hereby agreed to between the parties that the Defendants, Bradford A. Dean and Jeffrey D. King, in the above-captioned matter shall have until October 10, 2005, to answer or otherwise plead to Plaintiff's Complaint.

Plaintiff,

CROWN FINANCIAL

By its attorneys,

Robert D. Fine, Esquire (#2447)
Douglas J. Emanuel, Esquire (#5176)
Chase Ruttenberg & Freedman, LLP.
One Park Row, Suite 500
Providence, RI 02903
Tel#: (401) 453-6400
Fax#: (401) 453-6411
Dated: 9/13/05

Defendants,

BRADFORD A. DEAN and
JEFFREY D. KING

By their attorneys,

Michael A. Kelly, Esquire (#2116)
John O. Mancini, Esquire (#6061)
55 Pine Street, Suite 5000
Providence, Rhode Island 02903
Tel#: (401) 490-7334
Fax#: (401) 490-7874
Dated: 9/14/05

ENTER: Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE: 9/19/05