**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CROWN FINANCIAL, LLC** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Civil Action No. 2005-293-T** |
| **BRADFORD A. DEAN, JOHN S. DEAN, GLENN A. SCOTT, JEFFREY D. KING, THOMAS MELUCCI, RICHARD L. BREADY and DEAN WAREHOUSING SERVICES, INC.** | ) | |

**ANSWER**

NOW COMES Defendant, Glenn A. Scott ("Scott") and answers the numbered paragraphs of the Amended Complaint of Plaintiff, Crown Financial, LLC as follows:

**Parties**

1. Scott is without sufficient information or knowledge to admit or deny the allegations in Paragraph No. 1 of the Amended Complaint and leaves Plaintiff to its proof.

2. Scott admits that he is a resident of the State of Rhode Island and that he is a former shareholder of Dean Transportation Services, Inc. The remaining allegations in Paragraph No. 2 of the Amended Complaint are not directed to Scott; to the extent that a responsive pleading may be required of Scott as to the remaining allegations in Paragraph No. 2 of the Amended Complaint, such allegations are denied.

**Jurisdiction**

3. The allegations in Paragraph No. 3 of the Amended Complaint contain legal conclusions requiring no responsive pleading from Scott. To the extent that a responsive pleading may be required, such allegations are denied.

**Causes of Action**

**Count I**

4. Scott admits he sold his shares in DTS to a Patrick Crowe on or about

February 9, 2004.

5. Denied.

6. Scott is without sufficient information or knowledge to respond to the allegations in Paragraph 6 of the Amended Complaint and on that basis denies the allegations.

7. Denied.

**Count II**

8. Scott incorporates by reference his responses to Paragraphs 1-7 of the Amended Complaint herein.

9. Scott is without sufficient information or facts to respond to the allegations in Paragraph No. 9 of the Amended Complaint and on that basis denies the allegations.

**Count III**

10. Scott incorporates by reference his responses to Paragraphs 1-9 of the Amended Complaint herein.

11. The allegations in Paragraph No. 11 of the Amended Complaint are not directed to Scott. To the extent that a responsive pleading may be required of Scott, such allegations are denied.

**Count IV**

12. Scott incorporates by reference his responses to Paragraphs 1-11 of the Amended Complaint above herein.

13-16. The allegations in Paragraph Nos. 13-16 are not directed to Scott. To the extent that a responsive pleading may be required of Scott, such allegations are denied.

Wherefore, Defendant, Glenn A. Scott demands that the Amended Complaint be dismissed against Defendant, Glenn A. Scott and that he be awarded his attorneys fees and costs in defending this matter.

**Defendant,**
**Glenn A. Scott**

**By his attorney,**

**Richard J. Welch (#4497)**
**Moses Afonso Jackvony, Ltd.**
**170 Westminster Street, Suite 201**
**Providence, Rhode Island 02903**
**Ph: (401) 453-3600**
**Fx: (401) 453-3604**

**September 30, 2005**

**Affirmative Defenses**

1. Plaintiff's Amended Complaint fails to state a claim upon which relief can be granted.

2. Plaintiff has failed to name an indispensable party to this action- Patrick Crowe.

3. Defendant, Scott pleads waiver and estoppel.

4. Defendant, Scott pleads that whatever damages Plaintiff may prove at trial resulted from Plaintiff's own negligence.

5. Defendant, Scott pleads that whatever damages Plaintiff may prove at trial did not arise from any act or omission of Scott but from other parties, including, but not limited to, indispensable parties to this action who have not been named as defendant(s).

Wherefore, Defendant, Glenn A. Scott demands that the Amended Complaint be dismissed against Defendant, Glenn A. Scott and that he be awarded his attorneys fees and costs in defending this matter.

**Defendant,**
**Glenn A. Scott**

**By his attorney,**

**Richard J. Welch (#4497)**
**Moses Afonso Jackvony, Ltd.**
**170 Westminster Street, Suite 201**
**Providence, Rhode Island 02903**
**Ph: (401) 453-3600**
**Fx: (401) 453-3604**

**September 30 2005**

**Certificate of Service**

I hereby certify that I mailed, postage prepaid, a true copy of the within Answer to Robert D. Fine, Esquire, Chace Ruttenberg & Freeman, LLP, One Park Row, Suite 300, Providence, Rhode Island 02903, Scott J. Partington, Esquire, Bigos & Partington, Ltd., 2176 Mendon Road, Suite 200, Cumberland, Rhode Island 02864, Craig M. Scott, Esquire, Duffy Sweeney & Scott, Ltd., One Turks Head Place, Suite 1200, Providence, Rhode Island 02903, Edward L. Gerstein, Esquire, 29 Meeting House Lane, Little Compton, Rhode Island 02837 and Michael A. Kelly, Esquire, 55 Pine Street, Providence, Rhode Island 02903 on the 30th day of September 2005.

Scott,Glenn/Answer