**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CROWN FINANCIAL, LLC<br>*Plaintiff,* | : | |
| VS. | : | CASE NO. CA05-293T |
| BRADFORD A. DEAN, JOHN S. DEAN<br>GLENN A. SCOTT, JEFFREY D. KING<br>and DEAN WAREHOUSING SERVICES<br>INC.<br>*Defendants.* | : | |

**ENTRY OF APPEARANCE**

I, Michel A. Kelly, Esquire, hereby enter my appearance in the within action on behalf of the Defendant, Dean Warehousing Services, Inc.

Respectfully submitted,

[signature]

Michael A. Kelly, Esquire (#2116)
Law Offices of Michael A. Kelly
55 Pine Street, Suite 5000
Providence, RI 02903
Tel#: (401) 490-7334
Fax#: (401) 490-7874

Dated: 9/29/05

**CERTIFICATION**

I hereby certify that I caused a true and accurate copy of the within Entry of Appearance to be mailed, postage prepaid, to Robert D. Fine, Esquire, Chace Ruttenberg & Freedman, LLP, One Park Row, Suite 300, Providence, RI 02903, Timothy Robenhymer, Esq. at 376 Broadway, Providence, RI 02909, Richard Walsh, Esq. at 6310 Post Road, North Kingstown, RI 02874 and Edward Gerstein, Esq. at 29 Meeting House Ln, Little Compton, RI 02837-1212 and Craig Scott, Esq. at Duffy, Sweeney & Scott, Ltd. at 76 Westminster Street, Providence, RI 02903 and Scott Partington, Esq. at 725 Mendon Road, Suite 209, Cumberland, RI 02864

on this 29th day of September, 2005.

[signature]