UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED SEP 2_ 2005

| | | |
|---|---|---|
| CROWN FINANCIAL, LLC | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 2005-293-T |
| BRADFORD A. DEAN, JOHN S. DEAN, GLENN A. SCOTT, JEFFREY D. KING, THOMAS MELUCCI, RICHARD L. BREADY and DEAN WAREHOUSING SERVICES, INC. | ) | |

**STIPULATION**

NOW COMES Plaintiff and Defendant, Glenn A. Scott, by and through counsel, and stipulate that Defendant, Glenn A. Scott may have up to and including September 30, 2005 to answer or otherwise respond to the Complaint of Crown Financial, LLC.

Richard J. Welch (#4497)
Moses Afonso Jackvony, Ltd.
170 Westminster Street, Suite 201
Providence, Rhode Island 02903
Ph: (401) 453-3600
Fx: (401) 453-3604

Robert D. Fine (#2447)
Douglas J. Emanuel (#5176)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, Rhode Island 02903
Ph: (401) 453-6400
Fx: (401) 453-6411

Scott,Glenn/Stipulation 09.26.05

ENTER Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE 10/5/05