RECEIVED
OCT 06 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CROWN FINANCIAL, LLC :
Plaintiff, :
v. : C.A. NO.: 05-293T

BRADFORD A. DEAN, JOHN S. DEAN, GLENN A. SCOTT, JEFFREY D. KING, THOMAS MELUCCI, RICHARD L. BREADY and DEAN WAREHOUSING SERVICES, INC. :
Defendants. :

## STIPULATION

Plaintiff, Crown Financial, LLC and defendants, Thomas Melucci ("Melucci") and Richard L. Bready ("Bready"), hereby stipulate and agree that defendants shall have until Monday, October 17, 2005, to answer or otherwise respond to the Amended Complaint in this action.

Crown Financial, LLC
By its Attorneys,

Robert D. Fine, Esq. (#2447)
Douglas J. Emanuel, Esq. (#5176)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
(401) 453-6400

Thomas Melucci
By his attorney,

Craig M. Scott, Esq. (#4237)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700

ENTER Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE 10/11/05

Richard L. Bready,
By his attorney,

*Edward L. Gerstein /cms*

Edward L. Gerstein, Esq. (#2270)
29 Meeting House Lane
Little Compton, RI 02837
(401) 635-2282

Dated: September 29, 2005

**CERTIFICATION**

I hereby certify that on the 5th day of October, 2005, I forwarded a copy of the within Stipulation by United States mail, postage prepaid, to:

Richard J. Welch, Esq.
Moses Afonso Jackvony, Ltd.
170 Westminster Street, Suite 201
Providence, Rhode Island 02903

Scott J. Partington, Esq.
Bigos & Partington, Ltd.
2176 Mendon Road, Suite 200
Cumberland, RI 02864

Craig M. Scott, Esq.
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Edward L. Gerstein, Esq.
29 Meeting House Lane
Little Compton, RI 02837

Michael A. Kelly, Esq.
55 Pine Street
Providence, RI 02903

Wendy A. Weiss