# AGREEMENT

1. **Parties.** The parties to this Agreement are as follows:

   A. Crown Financial, LLC, 16420 Park Ten Place, #125, Houston, TX 77084 (281.646.2905 phone) (281.646.2909 Fax) ("Crown");

   B. Patrick Crowe, 649 Fairfield Beach Rd., Fairfield, Connecticut 06430 (203.255.6767 phone) (203.255.4809 fax) ("Crowe"); and

   C. Dean Transportation Services, Inc., 155 Amaral St., East Providence, Rhode Island 02914 (401.438.8778 phone) (401.438.8733 fax) ("Dean");

The parties agree as follows:

2. **Purchase and Sale of 166 Units from Dean.** Dean and Crowe shall deliver to Crown clean, good and unencumbered title to the tractors, forklifts and trailers (the "166 Units") listed in attachment 1 to this Agreement. In connection with the portions of the 166 Units that are titled, Dean and Crowe shall deliver at closing clean certificates of title; with respect to any other portions of the 166 Units, Dean and Crowe shall deliver a bill of sale executed by the owner, Dean Transportation Services, Inc, Bradford Dean, President, at the time of the transfer. In exchange for the clean certificates of title and the bill of sale, Crown shall pay the owner $250,000 in immediately available funds.

3. **Tractors to Taylor & Martin.** Dean and Crowe acknowledge that after closing Crown shall arrange for the sale of 11 tractors within the 166 Units by Taylor & Martin. Crown agrees to apply the net proceeds of any sale of these tractors by Taylor & Martin as a non-refundable credit against the purchase option in the Equipment Lease and as a proportionate reduction in the rent due under the Equipment Lease as specified in that lease.

4. **Purchase and Sale of 8100 T/A Tractors.** Crowe has deposited $133,000 with Selec Trucks of Tampa, L.L.C. (the "Dealer") in connection with the purchase of (18) 1997 International Harvester 8100 T/A Tractors listed in attachment 2 to this Agreement (the "8100 Tractors"). Upon receipt of this deposit from the dealer, Crown shall contribute the balance of the purchase price for the 8100 Tractors, $200,000, and pay the Dealer a total of $333,000 in exchange for clean certificates of title to the 8100 Tractors. The "Equipment" shall mean the 166 Units plus the 8100 Tractors.

5 **Lease.** Crown will lease the Equipment, other than the 11 tractors to be sold by Taylor & Martin, (the "Leased Equipment") to Dean pursuant to an Equipment Lease Agreement that will be signed by the parties and delivered at closing (the "Equipment Lease").

6. **Payments at Closing.**

Dean and Crowe will pay to Crown at closing the following:

(i) the first month's payment due under the Equipment Lease, $22,500;

(ii) transfer fees and sales tax, if any, associated with the sale and transfer of the equipment;

(iii) Crown's reasonable expenses for travel to closing; and

(iv) any other fees or expenses incurred by Crown in connection with the transaction.

7. **Additional Closing Requirements.** Dean and Crowe will deliver to Crown at closing

A. a certificate of insurance listing Crown as loss payee and additional insured with respect to the Equipment as well as a copy of the policy. The policy will provide for both liability and casualty coverage as to the Equipment in amounts deemed reasonable by Crown. The policy shall be prepaid for three months from the closing date forward. The exception to this insurance requirement will be that liability only coverage is acceptable on storage containers.

B. corporate resolutions authorizing the sale of the Equipment and an opinion from counsel for Dean and Crowe that the transaction is authorized, that there are no taxes or transfer fees due;

C. proof satisfactory to Crown that Crowe has acquired ownership of Dean; and

D. corporate resolutions from Dean prior to the sale to Crowe authorizing the sale of the Equipment in this transaction.

8. **Representations and Warranties of Dean and Crowe.**

Dean and Crowe represent and warrant to Crown the following:

A. Dean and Crowe will deliver to Crown, at closing, clean, good and unencumbered title to the Equipment;

B. There is no sales tax, transfer tax or other fee or tax due in connection with the sale of the Equipment to Crown;

C. Once the prepaid portion of the insurance as required by this Agreement is about to expire, Dean and Crowe will provide to Crown, on a monthly basis, three days in advance of the due date, the payment required to keep the insurance in force. Failure to make this payment shall be a default under the Equipment Lease;

D. Dean and Crowe shall maintain the Leased Equipment in first class condition and shall, at their own expense, assure whatever maintenance or upkeep required for the Leased Equipment to maintain its value is performed.

EXECUTED on this ____ day of February 2004.

AGREED AND ACCEPTED:

Crown Financial, LLC

By:__________________________
Richard Tribe, Manager

Title: Manager

AGREED AND ACCEPTED:

Dean Transportation ~~Equipment~~ Services, Inc.
d.b.a. Danis

By: [signature]
Patrick Crowe, President

Title: President

# BILL OF SALE
# Vehicle Order

SelecTrucks FREIGHTLINER

SelecTrucks of Tampa LLC
6302 E. Hillsborough Ave.
Tampa, Florida 33610
(813) 630-0205

Attachment 2

Date: 02-04-04

Purchaser: Crown Financial LLC  Deliver to: Dean Transportation Service
(Individual buyers name is to appear exactly as it appears on CDL)

Address: 16420 Park Ten Place, Suite 125  2100 88th Street, North Bergen, N.J. 07047

Houston, TX. 77084  Phone ( 281 ) 646-2905

Hereby offers to purchase from SELECTRUCKS OF TAMPA LLC 18 - 1997 Internationals 8100 T/A Day-Cabs

FOB ______ Stock # ______

Purchaser offers to pay the price listed below plus the below listed taxes, charges and fees for the vehicle as shown to the purchaser. Purchaser agrees to make payment for said vehicles and/or equipment according to the following terms and purchaser understands that delivery cannot be made until said terms are met. TERMS (show method of payment, by whom and when for deposit, down payment and/or trade-in and balance):

How were you referred to SelecTrucks of Tampa LLC ?

| Year | Make | Model | Vehicle Identification Number | Price |
|---|---|---|---|---|
| 1997 | International | 8100 T/A | 475993, 475994, 475990, 475988, 46636 | |
| | | | 475645, 466367, 466330, 475651, 47562 | |
| | | | 466360, 466332, 475996, 466362, 46636 | |
| | | | 475637, 475644, 466368 | |
| | | | 18,500.00 Ea. | 333,000.00 |

Additional Items to be installed before delivery

ESTIMATED DATE OF DELIVERY: 02-06-04

PURCHASER REQUEST FINANCING: ☐ YES ☒ NO

TRADE-IN INFORMATION
Year/Make:
Serial #:
Description:
Payoff To:
Phone #:
Address:
Payoff Amount:
Good Till:
Contact Person:

LIEN INFORMATION

| | | |
|---|---|---|
| TRUCK PRICE | | 333,000.00 |
| LESS: TRADE OR DISC | | < N/A > |
| NET PRICE DIFFERENCE | | 333,000.00 |
| TIRE FEE | $1.00 PER TIRE | N/A |
| ADMINISTRATION FEE - COST CONNECTED WITH MISC. FED EXP NOTARY & COURIER SERVICE | PER TK | N/A |
| BATTERY FEE | $1.50 PER BATTERY | N/A |
| "TOTAL AMOUNT TAXABLE" | | |
| STATE SALES TAX | | Exempt |
| COUNTY SURCHARGE | | N/A |
| ESTIMATED TAG, TITLE & LIEN FEES | | N/A |
| PLUS TRADE-IN PAYOFF | | N/A |
| TOTAL PRICE | | 333,333.00 |
| LESS DEPOSIT | | |
| ADDITIONAL CASH DUE ON DELIVERY | | |
| UNPAID BALANCE/AMOUNT TO FINANCE | | 333,333.00 |

[signature] Salesman
Accepted SelecTrucks of Tampa LLC

By: ______
Official Title: ______
S.T. Accepts Purchaser's Offer to Purchase

Purchaser acknowledges receipt of a copy of this Order and agrees that upon acceptance this Vehicle Order becomes a Contract. Purchaser acknowledges that he has read the front and reverse side of this Order and upon its acceptance, Purchaser agrees to abide by those Terms and Conditions.

X Richard D. [signature]
Purchaser

______
Purchaser

TERMS AND CONDITIONS on reverse side.

P.5

15 7 14 3 39 | 102 80 91 90 2.80 .93 | 40 | 29

# DANIS TRANSPORTATION

## STATE OF MAINE

| UNIT NUMBER | YEAR | MAKE | PLATE # | EXP. DATE | VIN NUMBERS | STATE REG. | TITLE # | PUC | COMMENT |
|---|---|---|---|---|---|---|---|---|---|
| 480286 | 1989 | Pine | | 2/28/2005 | 1PNV482S4KKB37845 | 05-69235 | 7081752 | | Out for filling; copy - scrap sheet |
| 480287 | 1991 | Great Dane | | 2/28/2005 | 1GRAA9628MB009915 | 05-69238 | 7081753 | | " " |
| 480288 | 1990 | Great Dane | | 2/28/2005 | 1GRAA9625LB014604 | 05-69237 | 7094682 | | " " original |
| 480289 | 1990 | Wanc | | 2/28/2003 | 1JJV482U0LL142223 | 03-73207 | 7234316 | | " " original |
| 480290 | 1990 | Wanc | | 2/28/2003 | 1JJV482U6LL142467 | 03-73212 | 7234321 | | " " original |
| 480292 | 1990 | Wanc | | 2/28/2003 | 1JJV482U0LL142397 | 03-73211 | 7234320 | | " " |
| 480293 | 1990 | Wanc | | 2/28/2003 | 1JJV482U8LL142308 | 03-73209 | 7234318 | | " " |
| 480294 | 1990 | Wanc | | 2/28/2003 | 1JJV482U8LL142386 | 03-73210 | 7234319 | | " " |
| 480295 | 1990 | Wanc | | 2/28/2003 | 1JJV482UXLL142184 | 03-73205 | 7234314 | | " " original |
| 480296 | 1990 | Wanc | | 2/28/2003 | 1JJV482U6LL142163 | 03-73204 | 7234313 | | " " original |
| 480297 | 1990 | Wanc | | 2/28/2003 | 1JJV482UXLL142214 | 03-73206 | 7234315 | | " " |
| 480298 | 1986 | Frue | | 2/28/2003 | 1H2V04826GE033361 | 03-56781 | 7196428 | | Original |
| 480299 | 1984 | Frue | | 2/28/2003 | 1H2V04829EE019814 | 03-56782 | | | NO COPY |
| 480300 | 1990 | Wanc | | 2/28/2003 | 1JJV482U6LL137812 | 03-73203 | 7234312 | | out for copy - scrap sheet |
| 483410 | 1985 | Strick | | 2/28/2003 | 1S12E9487FD266891 | 03-56783 | 7196429 | | ORIGINAL |
| 484244 | 1985 | Strick | | 2/28/2003 | 1S12E9484FD271735 | 03-56784 | 7196430 | | ORIGINAL |
| 489802 | 1989 | Frue | | 2/28/2003 | 1H2V04825KB018804 | 03-73197 | | | NO COPY |
| 489803 | 1989 | Frue | | 2/28/2003 | 1H2V04827KB018805 | 03-73174 | | | NO COPY |
| 490724 | 1989 | Strick | | 2/28/2003 | 1S12E8487KE314494 | 03-56787 | 7196431 | | out for copy - scrap sheet |
| 490923 | 1989 | Strick | | 2/28/2003 | 1S12E8480KD317463 | 03-56788 | 7196432 | | " |
| 494434 | 1989 | Strick | | 2/28/2003 | 1S12E8485KE309679 | 03-56789 | 7196433 | | " |
| 495824 | 1989 | Strick | | 2/28/2003 | 1S12E8486KD313956 | 03-56790 | 7196434 | | " " |
| 804004 | 1990 | Great Dane | | 2/28/2003 | 1GRAA9627LB014606 | 03-55088 | 7094657 | | ~~NO SCRAP~~ Original |
| 804005 | 1990 | Great Dane | | 2/28/2003 | 1GRAA9629LB014606 | 03-55089 | 7094658 | | original |
| 804008 | 1990 | Great Dane | | 2/28/2003 | 1GRAA9624LB014609 | 03-55090 | 7094640 | | |
| 804491 | 1990 | Great Dane | | 2/28/2003 | 1GRAA9622LB168901 | 03-73194 | | | |
| 814003 | 1991 | Great Dane | | 2/28/2003 | 1GRAA9621MB009904 | 03-55082 | 7345491 | | Original |
| 814026 | 1991 | Great Dane | | 2/28/2003 | 1GRAA9622MB009927 | 03-55087 | 7345492 | | Original |
| 814030 | 1991 | Great Dane | | 2/28/2003 | 1GRAA9624MB009931 | 03-55086 | 7345493 | | Original |
| 814038 | 1991 | Great Dane | | 2/28/2003 | 1GRAA9629MB009939 | 03-55085 | 7345494 | | Original |
| 814042 | 1991 | Great Dane | | 2/28/2003 | 1GRAA9620MB009943 | 03-55084 | 7345495 | | Original |
| 814043 | 1991 | Great Dane | | 2/28/2003 | 1GRAA9622MB009944 | 03-55083 | 7345496 | | out for copy - scrap sheet |
| 824113 | 1993 | Great Dane | | 2/28/2003 | 1GRAA962XPB017410 | 03-55091 | 7081750 | | Original |
| 864214 | 1986 | Great Dane | | 2/28/2003 | 1GRAA9621GS095039 | 03-55092 | 7094660 | | Original |
| 864489 | 1986 | Great Dane | | 2/28/2003 | 1GRAA9626GB147278 | 03-79686 | 7094659 | | Original |
| 864610 | 1987 | Great Dane | | 2/28/2003 | 1GRAA9620HB016624 | 03-55094 | 7094645 | | Original |
| 864738 | 1987 | Great Dane | | 2/28/2003 | 1GRAA9626HS014523 | 03-55095 | 7094648 | | Original |
| 864758 | 1987 | Great Dane | | 2/28/2003 | 1GRAA9621HS014543 | 03-55096 | 7094646 | | Original |
| 864843 | 1987 | Great Dane | | 2/28/2003 | 1GRAA9625HS014643 | 03-55105 | 7094649 | | Original |
| 864873 | 1987 | Great Dane | | 2/28/2003 | 1GRAA9623HS014673 | 03-55097 | 7094650 | | Original |

146 late 80's
1
79
94
90
2/6/05

27

# DANIS TRANSPORTATION
## STATE OF MAINE

18

| UNIT NUMBER | YEAR | MAKE | PLATE # | EXP. DATE | VIN NUMBERS | STATE REG. | TITLE # | PUC | COMMENT |
|---|---|---|---|---|---|---|---|---|---|
| 874497 | 1987 | Great Dane | | 2/28/2003 | 1GRAA9626HB138372 | 03-55098 | 7094651 | | |
| 874572 | 1987 | Great Dane | | 2/28/2003 | 1GRAA9629HB174217 | 03-66666 | 7094647 | | |
| 874791 | 1987 | Great Dane | | 2/28/2003 | 1GRAA9625HS156927 | 03-55100 | 7094652 | | |
| 884062 | 1988 | Great Dane | | 2/28/2003 | 1GRAA9620JB085903 | 03-55101 | 7091832 | | |
| 884107 | 1988 | Great Dane | | 2/28/2003 | 1GRAA9625JB141513 | 03-55102 | 7091833 | | |
| 884134 | 1988 | Great Dane | | 2/28/2003 | 1GRAA9628JB141540 | 03-55103 | 7091831 | | |
| 894085 | 1989 | Great Dane | | 2/28/2003 | 1GRAA9627KS052009 | 03-55104 | 7094639 | | |
| 894117 | 1989 | Great Dane | | 2/28/2003 | 1GRAA9627KS073801 | 03-55106 | 7094642 | | |
| 894118 | 1989 | Great Dane | | 2/28/2003 | 1GRAA9629KSB073802 | 03-73621 | 7094637 | | |
| 894185 | 1989 | Great Dane | | 2/28/2003 | 1GRAA9622KS070207 | 03-65108 | 7094638 | | |
| 894396 | 1989 | Great Dane | | 2/28/2003 | 1GRAA9628KS106302 | 03-55109 | 7094641 | | |
| 894414 | 1989 | Great Dane | | 2/28/2003 | 1GRAA962XKS105320 | 03-55110 | 7094644 | | |
| 911740 | 1989 | Great Dane | | 2/28/2003 | 1GRAA9622KB000285 | 03-55111 | 7094636 | | |
| 912146 | 1989 | Great Dane | | 2/28/2003 | 1GRAA9622KB150221 | 03-55112 | 7094643 | | |
| FB01 | 1979 | Trambie | | 2/28/2002 | 34271 | 02-38561 | | | |
| 45003 | 1994 | Trailmobile | | | 1PT01AAJ0R9003581 | 05-3002A | | | |
| 45007 | 1994 | Trailmobile | | | 1PT01AAJ8R9003585 | 05-3005A | | | |
| 218119 | 1987 | Pine | | | 1PND281S1HKA24313 | | | | |
| 480220 | 1987 | Frue | | | 1H2V04825HH059701 | | | | |
| 804492 | 1990 | Great Dane | | | 1GRAA9624LB168902 | | | | |
| 804495 | 1990 | Great Dane | | | 1GRAA962XLB168905 | | | | |
| 804496 | 1990 | Great Dane | | | 1GRAA9621LB168906 | | | | |
| 804497 | 1990 | Great Dane | | | 1GRAA9625LB168907 | | | | |
| 804498 | 1990 | Great Dane | | | 1GRAA9625LB168908 | | | | |
| 804499 | 1990 | Great Dane | | | 1GRAA9627LB168909 | | | | |
| 804500 | 1990 | Great Dane | | | 1GRAA9623LB168910 | | | | |
| 804503 | 1990 | Great Dane | | | 1GRAA9629LB168913 | | | | |

Page 6 of 6

(11)

# DANIS TRANSPORTATION
## TRANSCONTINENTAL

(14) 89's

| UNIT NUMBER | YEAR | MAKE | PLATE # | EXP. DATE | VIN NUMBERS | STATE REG. | TITLE # | PUC | COMMENT |
|---|---|---|---|---|---|---|---|---|---|
| 424452 | 1989 | Great Dane | | 2/28/2006 | 1GRAA9020KB158911 | 06-50609 | 76296267 | | |
| 424293 | 1989 | Great Dane | | 2/28/2006 | 1GRAA9025KB158919 | 06-50612 | 7626270 | | |
| 424291 | 1989 | Great Dane | | 2/28/2006 | 1GRAA9029KB158910 | 06-50608 | 7626266 | | |
| 424290 | 1989 | Great Dane | | 2/28/2006 | 1GRAA902XKB158916 | 06-50611 | 7626269 | | |
| 424294 | 1989 | Great Dane | | 2/28/2006 | 1GRAA9021KB158920 | 06-50613 | 7626271 | | |
| 424453 | 1989 | Great Dane | | 2/28/2006 | 1GRAA9022KB158912 | 06-50610 | 7626268 | | |
| 188 | 1984 | Dorsey | | 2/28/2006 | 1DTV11W27EA162783 | 06-50600 | | | |
| 6201 | 1984 | Dorsey | | 2/28/2006 | 1DTV11W25EA162779 | 06-50601 | | | |
| 116 | 1984 | Dorsey | | 2/28/2006 | 1DTV11W21EA162794 | 06-50602 | | | |
| 486 | 1989 | Great Dane | | 2/28/2006 | 1GRAA9629KB015401 | 06-50614 | 7626272 | | |
| 487 | 1989 | Great Dane | | 2/28/2006 | 1GRAA9620KB015402 | 06-50615 | 7626273 | | Junk-At TFL |
| 488 | 1989 | Great Dane | | 2/28/2006 | 1GRAA9624KB015404 | 06-50616 | 7626274 | | |
| 489 | 1989 | Great Dane | | 2/28/2006 | 1GRAA9628KB015406 | 06-50618 | 7626276 | | |
| 4810 | 1989 | Great Dane | | 2/28/2006 | 1GRAA9626KB015405 | 06-50617 | 7626275 | | |

121 total

40

# DANIS TRANSPORTATION
## STATE OF MAINE

| UNIT NUMBER | YEAR | MAKE | PLATE # | EXP. DATE | VIN NUMBERS | STATE REG. | TITLE # | PUC | COMMENT |
|---|---|---|---|---|---|---|---|---|---|
| 53 | 1974 | Dorsey | | 2/28/2003 | 115542 | 03-73178 | | | |
| 588 | 1988 | Frue | | 2/28/2006 | 1H2V04823JH040604 | 05-69224 | 7094615 | | |
| 590 | 1988 | Frue | | 2/28/2006 | 1H2V04827JH040606 | 05-69225 | 7094616 | | |
| 591 | 1988 | Frue | | 2/28/2005 | 1H2V04829JH040607 | 05-69226 | 7094617 | | |
| 592 | 1988 | Frue | | 2/28/2005 | 1H2V04820JH040608 | 05-69227 | 7094618 | | |
| 599 | 1988 | Frue | | 2/28/2005 | 1H2V04828JH040615 | 05-69228 | 7094619 | | |
| 603 | 1988 | Frue | | 2/28/2005 | 1H2V04821JH040619 | 05-69229 | 7094620 | | |
| 605 | 1989 | Great Dane | | 2/28/2005 | 1GRAA962XKB155201 | 05-69230 | 7094653 | | |
| 615 | 1989 | Great Dane | | 2/28/2005 | 1GRAA9622KB155211 | 05-69231 | 7094654 | | |
| 618 | 1989 | Great Dane | | 2/28/2005 | 1GRAA9628KB155214 | 05-69232 | 7094655 | | |
| 620 | 1989 | Great Dane | | 2/28/2005 | 1GRAA9621KB155216 | 05-69233 | 7094656 | | |
| 4600 | 1989 | Trmcft | | 2/28/2003 | 1TTF45204K1031827 | 03-73190 | 3577580 | | |
| 4608 | 1989 | Frue | | 2/28/2003 | 1H2V04820KB018807 | 03-79843 | | | |
| 15301 | 1996 | Mono | | 2/28/2004 | 1NNVA5328TM263624 | 04-53478 | | | TFC Textron |
| 15302 | 1996 | Mono | | 2/28/2004 | 1NNVA532XTM263902 | 04-53479 | | | TFC Textron |
| 15303 | 1996 | Mono | | 2/28/2004 | 1NNVA5328TM263848 | 04-53481 | | | TFC Textron |
| 15304 | 1996 | Mono | | 2/28/2004 | 1NNVA5322TM263859 | 04-53480 | | | TFC Textron |
| 15305 | 1996 | Mono | | 2/28/2004 | 1NNVA5325TM263645 | 04-53482 | | | TFC Textron |
| 48004 | 1989 | Strick | | 2/28/2003 | 1S12E8489KG314081 | 03-73193 | | | |
| 211172 | 1998 | Strick | | 2/28/2005 | 1S12E9450WD427713 | 05-69240 | 708151 | | |
| 289314 | 1987 | Frue | | 2/28/2003 | 1H2V04828HA005804 | 03-56785 | 7179942 | | |
| 290247 | 1987 | Frue | | 2/28/2003 | 1H2V04822HA013039 | 03-56777 | 7179939 | | |
| 290420 | 1987 | Frue | | 2/28/2003 | 1H2V04823HA017147 | 03-56778 | 7179940 | | |
| 280508 | 1987 | Frue | | 2/28/2003 | 1H2V04820HA017235 | 03-56779 | 7179941 | | |
| 293218 | 1989 | Frue | | 2/28/2003 | 1H2V04824KB000670 | 03-56780 | 7179943 | | |
| 293239 | 1989 | Frue | | 2/28/2003 | 1H2V04825KB000741 | 03-56781 | 7196427 | | |
| 293494 | 1989 | Frue | | 2/28/2003 | 1H2V04822KB023786 | 03-56786 | 7179944 | | |
| 480273 | 1991 | Strick | | 2/28/2005 | 1S12E848XME331650 | 05-44698 | 7094626 | | |
| 480274 | 1991 | Strick | | 2/28/2005 | 1S12E8481ME334562 | 05-44705 | 7094627 | | No Plate |
| 480275 | 1991 | Strick | | 2/28/2005 | 1S12E8481ME334503 | 05-44696 | 7094629 | | |
| 480276 | 1991 | Strick | | 2/28/2005 | 1S12E8489ME334507 | 05-44703 | 7094628 | | |
| 480277 | 1991 | Strick | | 2/28/2005 | 1S12E8485ME331663 | 05-44699 | 7094630 | | |
| 480278 | 1991 | Strick | | 2/28/2005 | 1S12E8488ME334563 | 05-44697 | 7094631 | | |
| 480279 | 1991 | Strick | | 2/28/2005 | 1S12E848XME333984 | 05-44701 | 7094632 | | |
| 480280 | 1991 | Strick | | 2/28/2005 | 1S12E8487ME334537 | 05-44704 | 7094633 | | |
| 480281 | 1991 | Strick | | 2/28/2005 | 1S12E8482ME333957 | 05-44700 | 7094634 | | |
| 480282 | 1991 | Strick | | 2/28/2005 | 1S12E8488ME334495 | 05-44702 | 7094635 | | |
| 480283 | 1990 | Great Dane | | 2/28/2005 | 1GRAA9628LB129505 | 05-69234 | 7094661 | | |
| 480284 | 1989 | Lufk | | 2/28/2005 | 1L01A4828K1086932 | 05-69239 | 7081755 | | |
| 480285 | 1989 | Theu | | 2/28/2005 | 1TA114824KG216150 | 05-69236 | 4081754 | | |

# Dean Tractors

| Unit Number | Year | Make | Plate | Exp. Date | VIN Numbers | Valuation | Comment |
|---|---|---|---|---|---|---|---|
| 79 | 1994 | International | 40-014722 | 3/31/2001 | 1HTSDPPN3RH556450 | $6,000 | |
| 109 | 1994 | International | 40-013869 | 3/31/2001 | 1HTSDPPN3RH556456 | $6,000 | |
| 111 | 1991 | International | 40-021102 | 3/31/2001 | 1HTSDZ7N9MH316011 | $2,000 | |
| 519 | 1991 | Ford | 40-011683 | 3/31/2001 | 1FTYS95L2MVA33451 | $8,000 | |
| 521 | 1991 | Ford | 40-011684 | 3/31/2001 | 1FTY595L4MVA33452 | $8,000 | On list, No Copy |
| 523 | 1992 | Ford | 40-014778 | 3/31/2001 | 1FTYS95LXNVA28063 | $8,000 | On list, No Copy |
| 525 | 1992 | Ford | 40-014877 | 3/31/2001 | 1FTYS95L1NVA28064 | $8,000 | Original |
| 545 | 1994 | International | 40-019918 | 3/31/2001 | 1HSHBAZN1RH589664 | $10,000 | Original |
| 547 | 1994 | International | 40-015253 | 3/31/2001 | 1HSHBAZN4RH589402 | $10,000 | 40-015252 Old Plate |
| 549 | 1994 | International | 40-014659 | 3/31/2001 | 1HSHBAZNXRH589405 | $10,000 | copy |
| 1033 | 1994 | White | 40-014433 | 3/31/2001 | 4VIJDBBR8RR826246 | $12,000 | copy |
| 1035 | 1994 | White | 40-019919 | 3/31/2001 | 4V1JDBBEXRR826247 | $12,000 | out for re-title - No Copy; 40-014432 Old Plate; out for retitle - No |

Not on any of the Coded lists either
Missing
Missing
Missing
Missing, No Copy
Original
Page 2 of 6

Fax
P. 3
Dean Tractors

Attachment 1 (Page 1 of 6)

## Storage Trailers

| | | | |
|---|---|---|---|
| see below | **45129 | 1JJV452C7GL102264 | '86 WAB FRP VAN ✓ |
| | 45128 | 1JJV452C5GL102263 | ✓ |
| | 9791 | 1TA114522G1125134 | ✓ |
| | 9874 | 1TA11452XG1125494 | ✓ |
| wrongsleeks | 0223 | 1S12E8450G0277873 | 1S12E8450GD277873 ✓ |
| ** | T-26 | VF28FE218120 | Not shaded/Retired/Junked? No copy. |
| | 45125 | 1JJY452C3GL100043 | '86 WAB FRP VAN ✓ |
| | 116 | 1DTV11W21EA162794 | ✓ |
| | 5316 | 8H0289319 | Title missing–No Copy–Junked. |
| | 22 | | Title missing–No copy. |
| | 9715 | 1TA114521G1125058 | Missing–No copy |
| | 480274 | 1S12E8481ME834582 | 1S12E8484ME334582–Copy–out for Retitle. |
| | 480281 | 1S12E8482ME333957 | ✓ copy–out for Retitle. |
| | 4592 | B19663 | Missing–NOT title. |
| | 290420 | 1H2V04823HA017147 | ✓ |
| | 242570 | BT000454 | ✓ |
| | 45514 | 1NNVF4526CM066301 | ✓ |
| this # listed but diff ID # | 480207 | 1NNVF4825KB018804 | Missing. No Ref ans this 1NNVF4827EM 088703 missing. |
| | 489602 | 1H2V04825KB018804 | Missing–No Copy. |
| | 45536 | 1NNVF4520CM066276 | ✓ |
| | 489610 | 1H2V04829EB015702 | Missing–No Copy |
| | 4593 | B19664 GR DANE 1980 | Missing–No copy |
| | 45120 | 1BKK10VA22CE202059 | BUD 1982 Missing–No Copy |
| | TR21 | VF24CE202346 | BUD 1980–Missing No Copy |
| | 480282 | 1S12E8486ME334495 | Copy |
| | 32101 | FRUHAUF 1976 Vin # FWX760641 | Missing–No copy |
| | ~~451277~~ | ~~1JJV452C7GL102264~~ | 1JJV452C3GL102262? |
| | 289314 | 1H2V04828HA005804 | ✓ |
| ** | 26 | VF28FE217120 | Missing or wrong # Could be VF2XFE21812 |
| | 45126 | 1JJV452C3GL101628 | ✓ |
| | 4571 | B05270 | Missing–Not shaded–No copy. |
| | 45535 | 1NNVF4425BM058884 | No Reference/Missing But Ref to Unit # 45534–No description |
| | 45164 | HPZ604852 (6 or 8?) | Missing–List shows As No shade. |

In order of list