BRAD 2 PAGES 7/7/05

Dean Trailer List

trailers never received.

| Road Trailers | Storage Trailers | | Amaral Street | |
|---|---|---|---|---|
| 804503 | 884062 | 45164 | 590 | 480220 |
| 804492 | 480300 | 4593 | 911740 | 603 |
| 804498 | 45006 | 45127 | 290508 | 480274 |
| 241919 | 804497 | t-21 | 480294 | 884610 |
| 480299 | 894396 | 73254 | 480285 | 4592 |
| 618 | 814043 | 45520 | 483410 | 45536 |
| 884107 | 480273 | 2 | 484244 | 894396 |
| 620 | 211172 | 45509 | 480275 | 488 |
| 480265 | 290 | 240856 | 4810 | 45003 |
| 480277 | 894085 | 45125 | 489 | 480282 |
| 494434 | 814038 | 894118 | 490923 | 452 |
| 15303 | 293218 | 703903 | 804491 | 290247 |
| 48028 | 48617 | 480219 | 864873 | 489604 |
| 48027 | 804495 | 9715 | 9949 | 241919 |
| 616 | 188 | 480293 | 480288 | 480207 |
| 480279 | 494434 | 9940 | 458 | 15302 |
| 480287 | 480213 | 00010 | 459613 | 912146 |
| 814026 | 490724 | 45129 | 459610 | 480286 |
| 804092 | 294 | 289314 | 814030 | 293494 |
| | 846758 | 489603 | 874791 | 45007 |
| | 48004 | 4571 | 480297 | 240858 |
| | 480295 | 45535 | 451 | 15304 |
| | 824113 | 46128 | 4608 | 9650 |
| | 804499 | 9791 | 480289 | 480283 |
| | 864843 | 9874 | 804500 | 480294 |
| | 293 | | 804004 | |

Total 19 Trailers 51 Trailers 26 Trailers 25 Trailers

Grand Total 121 Trailers

Dean Tractors By Unit # (12 Total)

| | |
|---|---|
| 79 | 1033 |
| 109 | 1035 |
| 111 | |
| 519 | |
| 521 | |
| 523 | |
| 525 | |
| 545 | |
| 547 | |
| 549 | |

Dean Forklifts (2 Total)
No unit #'s

Signature ______________________________

Date __________

CIRCLED NUMBER ARE TRAILERS WE DO NOT HAVE

# BLACKSTONE

TRUCK & TRAILER REPAIRS

P.o. Box 7231 • Cumberland, RI 02864 • 401-334-4400

## REPAIR ORDER

A.M. (TIME RECEIVED) P.M.

A.M. (TIME PROMISED) P.M.

DATE 9-8 / 9-14-04

TERMS

PHONE WHEN READY YES ☐ NO ☐

REMARKS

CASH

CHARGE

REFER TO OFFICE

INTERNAL

ORDER WRITTEN BY

~~Crown Financial~~
PATRICK CROWE
MOVING of TRUCKS

| TYPE | SERIAL NO | MOTOR NUMBER | LICENSE NUMBER | SPEEDOMETER |
| --- | --- | --- | --- | --- |
| | | | | |

RECORD OF MATERIAL USED CODE N-NEW U-USED R-REBUILT

| QUAN. | PART NO. | DESCRIPTION | SALE AMOUNT |
| --- | --- | --- | --- |
| Total $ 9160 | | | |
| 1 | | Mechanic | $60 00 |
| 1 | | Driver | $40 00 |
| | | | 100 00 |
| | | Release Frozen Brakes | |
| | | Fuel as Necessary | |
| | | Charge Batterys | |
| | | Start - Trucks | |
| | | Move from E. Prov. to Cumb R.I. | |
| | | PARTS TOTAL | |
| | | SUBLET REPAIRS | |
| | | | |
| | | | |
| | | SUBLET REPAIR TOTAL | |
| | | GALLONS OF GAS | |
| | | QUARTS OF OIL | |
| | | POUNDS OF GREASE | |
| | | GASOLINE, OIL AND GREASE TOTAL | |
| | | ESTIMATE AMOUNT – FOR PARTS AND LABOR | |
| | | ESTIMATE TOTAL | |

| OPER NO | INSTRUCTIONS | LABOR CHARGE |
| --- | --- | --- |
| | LUBRICATE ☐ CHANGE OIL ☐ FLUSH TRAN. ☐ FLUSH DIFF. ☐ WASH ☐ POLISH ☐ | |
| 4hrs | 9-8-04 2-MEN - 2 Trucks | |
| 4hrs | 9-9-04 2-MEN - 2 Trucks | |
| 4hrs | 9-10-04 2 MEN - 2 Trucks | |
| 4hrs | 9-13-04 2 MEN - 2 Trucks | |
| 4hrs | 9-14-04 2 MEN - 2 Trucks | |
| 4hrs | 9-15-04 2 MEN - 2 Trks | |
| Storage | 13 Tr. $20 00 Per Day (26 Days) 10-8-04 | |

RETAIN PARTS FOR INSPECTION ☐ DISCARD PARTS ☐

I HEREBY AUTHORIZE THE ABOVE REPAIR WORK TO BE DONE ALONG WITH THE NECESSARY MATERIAL, AND HEREBY GRANT YOU AND/OR YOUR EMPLOYEES PERMISSION TO OPERATE THE CAR, TRUCK OR VEHICLE HEREIN DESCRIBED ON STREETS, HIGHWAYS OR ELSEWHERE FOR THE PURPOSE OF TESTING AND/OR INSPECTION. AN EXPRESS MECHANIC'S LIEN IS HEREBY ACKNOWLEDGED ON ABOVE CAR, TRUCK OR VEHICLE TO SECURE THE AMOUNT OF REPAIRS THERETO.

**NOT RESPONSIBLE FOR LOSS OR DAMAGE TO CARS OR ARTICLES LEFT IN CARS IN CASE OF FIRE, THEFT OR ANY OTHER CAUSE BEYOND OUR CONTROL.**

Signed

| | | |
| --- | --- | --- |
| TOTAL LABOR | 2400 | 00 |
| Storage ~~[illegible]~~ | 6760 | 00 |
| SUBLET REPAIRS | | |
| TOTAL GAS, OIL AND GREASE | | |
| TOTAL ACCESSORIES | | |
| SUB TOTAL | | |
| TAX | | |
| TOTAL AMOUNT | $9160 | 00 |