UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CROWN FINANCIAL, LLC

VS. CASE NO. CA05-293T

BRADFORD A. DEAN, JOHN S. DEAN,
GLENN A. SCOTT, JEFFREY D. KING
and DEAN WAREHOUSING SERVICES INC.

**DEFENDANT'S, JEFFREY D. KING,**
**ANSWER TO THE AMENDED COMPLAINT**

Now comes the Defendant, Jeffrey D. King, and hereby responds to the allegations contained in the Plaintiff's Amended Complaint Paragraph by Paragraph as follows:

**PARTIES**

1. The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 1 of the Amended Complaint and, therefore, leaves the Plaintiff to its' burden of proof regarding same.

2. The Defendant admits that he is a resident of the State of Rhode Island and a former shareholder of Dean Transportation Services, Inc. The Defendant denies the remaining allegations contained in Paragraph 2 of the Amended Complaint.

**JURISDICTION**

3. The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 3 of the Amended Complaint and therefore leaves the Plaintiff to its' burden of proof regarding same.

**CAUSES OF ACTION**
**Count 1**

4. Admit.
5. Deny.
6. The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 6 of Count 1 of the Amended Complaint and therefore leaves the Plaintiff to its' burden of proof regarding same.
7. Deny.

## COUNT II

8. The Defendant realleges and incorporates herein his responses to Paragraphs 1 through 7 of the Plaintiff's Amended Complaint.
9. The Defendant neither admits nor denies the allegations contained in Paragarph 9 of Count II of the Amended Complaint since the allegations in said paragraph refer to other defendants.

## COUNT III

10. The Defendant realleges and incorporates herein his responses to Paragraphs 1 through 9 of the Plaintiff's Amended Complaint.
11. The Defendant neither admits nor denies the allegations contained in Paragraph 11 of Count II of the Amended Complaint since the allegations in said paragraph refer to other defendants.

## COUNT IV

12. The Defendant realleges and incorporates herein his responses to Paragraphs 1 through 11 of the Plaintiff's Amended Complaint.

13-16. The Defendant neither admits nor denies the allegations contained in Paragraphs 13 through 16 of Count IV of the Plaintiff's Amended Complaint since the allegations contained in said paragraphs refer to other defendants.

## FIRST AFFIRMATIVE DEFENSE

By way of affirmative defense, the Defendant pleads the defense of a waiver.

## SECOND AFFIRMATIVE DEFENSE

By way of affirmative defense, the Defendant pleads the defense of the estoppel.

## THIRD AFFIRMATIVE DEFENSE

By way of affirmative defense, the Defendant pleads the defense of privity of contract.

## FOURTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the Defendant pleads the defense of accordance and satisfaction.

## FIFTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the Defendant states that the Plaintiff's Amended Complaint fails to state a claim upon which relief can be granted.

The Defendant states that he was not a party to the contract between the Plaintiff and Patrick Crowe and, therefore, he owes no contractual obligation to the Plaintiff.

WHEREFORE, the Defendant, Jeffrey D. King, requests that judgment enter in his favor dismissing the first Amended Complaint and that he be awarded costs and attorney's fees.

DEFENDANT HEREBY DEMANDS A TRIAL BY JURY AND DESIGNATES TIMOTHY J. ROBENHYMER AS TRIAL ATTORNEY

Defendant,
Jeffrey King
By his attorney,

Timothy J. Robenhymer, Esq., #4419
376 Broadway
Providence, RI 02909
Ph: 401-521-8400
Fx: 401-521-8405

**CERTIFICATION**

I hereby certify that a true copy of the within document was mailed to to Robert D. Fine, Esq., Chace Ruttenberg & Freedman, LLP, One Park Row, Suite 300, Providence, RI 02903; Michael A. Kelly, Esq. 55 Pine Street, Su. 5000, Providence, RI 02903; Edward Gerstein, Esq. at 29 Meeting House Ln., Little Compton, RI 02837 and Craig Scott at Duffy, Sweeney & Scott at 76 Westminister Street, Providence, RI 02903 and Scott Partington, Esq. at 725 Mendon Road, Suite 209, Cumberland, RI 02864 on the 25th day of October, 2005.

1st mailing sent 10/6/05