**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CROWN FINANCIAL, LLC<br>*Plaintiff,*<br><br>VS.<br><br>BRADFORD A. DEAN, JOHN S. DEAN<br>GLENN A. SCOTT, JEFFREY D. KING<br>and DEAN WAREHOUSING SERVICES<br>INC.<br>*Defendants.* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CASE NO. CA05-293T |

**NOTICE OF WITHDRAWAL AND ENTRY OF APPEARANCE**

I, Michel A. Kelly, Esquire, hereby withdraw my appearance as counsel on behalf of Defendant, Jeffrey D. King and Timothy Robenhymer, Esq. hereby enters his appearance on behalf of Defendant, Jeffrey D. King.

Respectfully submitted,

Michael A. Kelly, Esquire (#2116)
Law Offices of Michael A. Kelly
55 Pine Street, Suite 5000
Providence, RI 02903
Tel#: (401) 490-7334
Fax#: (401) 490-7874

Dated: 9/29/05

Respectfully submitted,

Timothy Robenhymer
376 Broadway
Providence, RI 02909
(401) 521-8400

Dated: 10/7/05