# BILL OF SALE

FOR CONSIDERATION paid by CROWN FINANCIAL, LLC, with a business address of 16420 Park Ten Place, #125, Houston, Texas 77084 ("Buyer"), to DEAN TRANSPORTATION SERVICES, INC., a Rhode Island corporation ("Seller"), the receipt whereof is hereby acknowledged, Seller hereby bargains, assigns, sells and conveys to Buyer and Buyer's successors and assigns, all of Seller's right, title and interest in and to the tractors, forklifts and trailers listed on Attachments No. 1 and No. 2 (collectively, the "Personal Property"), to have and to hold for Buyer's use and the use of Buyer's successors and assigns forever.

Seller hereby authorizes and grants a power of attorney to Buyer and Buyer's successors and assigns and appoints Buyer and Buyer's successors and assigns as Seller's attorney-in-fact to take any appropriate action in connection with any of the Personal Property to vest full title and possession thereto in Buyer and Buyer's successors and assigns, such action to be taken in the name of Seller or in Buyer's own or any other name or in the name of Buyer's successors and assigns, it being understood that this authorization and power of attorney are coupled with an interest and irrevocable.

**The Personal Property is hereby sold 'AS IS' and without warranty of any kind whatsoever including any warranty of merchantability or fitness for a particular purpose.**

IN WITNESS WHEREOF, Seller has executed and delivered this Bill of Sale unto Buyer effective as of the 9 day of February, 2004.

WITNESS:

DEAN TRANSPORTATION SERVICES, INC.

By: ______________________

Patrick Crowe
President

726659_1

P72

Attachment 1 (Page 1 of 6)

# Storage Trailers

| | |
|---|---|
| 45128 | 1JJV452C5GL102263 |
| 45129 | |
| 9791 | 1TA114522G1125134 |
| 9874 | 1TA11452XG1125494 |
| 0223 | 1S12E8450G0277873 |
| T-26 | VF28FE218120 |
| 45125 | |
| 116 | 1DTV11W21EA162794 |
| 5316 | 8H0289319 |
| 22 | |
| 9715 | 1TA114521G1125058 |
| 480274 | 1S12E8481ME834582 |
| 480281 | 1S12E8482ME333957 |
| 4592 | B19663 |
| 290420 | 1H2V04823HA017147 |
| 242570 | BT000454 |
| 45514 | 1NNVF4526CM066301 |
| 480207 | 1NNVF4825KB018804 |
| 489602 | 1H2V04825KB018804 |
| 45536 | 1NNVF4520CM066276 |
| 489610 | |
| 4593 | |
| 45120 | 1BKK10VA22CE202059 |
| T 21 | VF24CE202346 |
| 480282 | 1S12E8486ME334495 |
| 32101 | |
| 45127 | 1JJV452C7GL102264 |
| 289314 | 1H2V04828HA005804 |
| 26 | VF28FE217120 |
| 45126 | 1JJV452C3GL101628 |
| 4571 | B05270 |
| 45535 | 1NNVF4425BM058884 |
| 45164 | HPZ604852 |

## Dean Tractors

| Unit Number | Year | Make | Plate | Exp. Date | VIN Numbers | Valuation | Comment |
|---|---|---|---|---|---|---|---|
| 79 | 1994 | International | 40-014722 | 3/31/2001 | 1HTSDPPN3RH556450 | $6,000 | |
| 109 | 1994 | International | 40-013869 | 3/31/2001 | 1HTSDPPN3RH556456 | $6,000 | |
| 111 | 1991 | International | 40-021102 | 3/31/2001 | 1HTSDZ7N9MH316011 | $2,000 | |
| 519 | 1991 | Ford | 40-011683 | 3/31/2001 | 1FTYS95L2MVA33451 | $8,000 | |
| 521 | 1991 | Ford | 40-011684 | 3/31/2001 | 1FTY595L4MVA33452 | $8,000 | |
| 523 | 1992 | Ford | 40-014778 | 3/31/2001 | 1FTYS95LXNVA28063 | $8,000 | |
| 525 | 1992 | Ford | 40-014877 | 3/31/2001 | 1FYYS95L1NVA28064 | $8,000 | |
| 545 | 1994 | International | 40-019918 | 3/31/2001 | 1HSHBAZN1RH589664 | $10,000 | 40-015252 Old Plate |
| 547 | 1994 | International | 40-015253 | 3/31/2001 | 1HSHBAZN4RH589402 | $10,000 | |
| 549 | 1994 | International | 40-014659 | 3/31/2001 | 1HSHBAZNXRH569405 | $10,000 | |
| 1033 | 1994 | White | 40-014433 | 3/31/2001 | 4VIJDBBR8RR826246 | $12,000 | |
| 1035 | 1994 | White | 40-019919 | 3/31/2001 | 4V1JDBBEXRR826247 | $12,000 | 40-014432 Old Plate |

Page 3 of 6

40 -

121 total

29

(87) 18-rental

# DANIS TRANSPORTATION

## STATE OF MAINE

| UNIT NUMBER | YEAR | MAKE | PLATE # | EXP. DATE | VIN NUMBERS | STATE REG. | TITLE # | PUC | COMMENT |
|---|---|---|---|---|---|---|---|---|---|
| 53 | 1974 | Dorsey | | 2/28/2003 | 115542 | 03-73178 | | | |
| 588 | 1988 | Frue | | 2/28/2005 | 1H2V04823JH040604 | 05-69224 | 7094615 | | |
| 590 | 1988 | Frue | | 2/28/2006 | 1H2V04827JH040608 | 05-69225 | 7094616 | | |
| 591 | 1988 | Frue | | 2/28/2005 | 1H2V04829JH040607 | 05-69226 | 7094617 | | |
| 592 | 1988 | Frue | | 2/28/2005 | 1H2V04820JH040608 | 05-69227 | 7094618 | | |
| 599 | 1988 | Frue | | 2/28/2005 | 1H2V04828JH040615 | 05-69228 | 7094619 | | |
| 603 | 1988 | Frue | | 2/28/2005 | 1H2V04821JH040619 | 05-69229 | 7094620 | | |
| 605 | 1989 | Great Dane | | 2/28/2005 | 1GRAA982XKB165201 | 05-69230 | 7094653 | | |
| 615 | 1989 | Great Dane | | 2/28/2005 | 1GRAA9622KB165211 | 05-69231 | 7094654 | | |
| 618 | 1989 | Great Dane | | 2/28/2005 | 1GRAA9628KB165214 | 05-69232 | 7094655 | | |
| 620 | 1989 | Great Dane | | 2/28/2005 | 1GRAA9621KB165216 | 05-69233 | 7094658 | | |
| 4500 | 1989 | Trmcft | | 2/28/2003 | 1TTF45204K1031827 | 03-73190 | 3577580 | | |
| 4608 | 1989 | Frue | | 2/28/2003 | 1H2V04820KB018807 | 03-79843 | | | |
| 15301 | 1996 | Mono | | 2/28/2004 | 1NNVA5328TM263824 | 04-53478 | | | TFC Textron |
| 15302 | 1996 | Mono | | 2/28/2004 | 1NNVA532XTM263902 | 04-53479 | | | TFC Textron |
| 15303 | 1996 | Mono | | 2/28/2004 | 1NNVA5328TM263848 | 04-53481 | | | TFC Textron |
| 15304 | 1996 | Mono | | 2/28/2004 | 1NNVA5322TM263859 | 04-53480 | | | TFC Textron |
| 15305 | 1996 | Mono | | 2/28/2004 | 1NNVA5532STM263645 | 04-53482 | | | TFC Textron |
| 48004 | 1989 | Strick | | 2/28/2003 | 1S12E8489KG314081 | 03-73193 | | | |
| 211172 | 1998 | Strick | | 2/28/2005 | 1S12E9450WD427713 | 05-69240 | 708151 | | |
| 289314 | 1987 | Frue | | 2/28/2003 | 1H2V04828HA095804 | 03-58785 | 7179842 | | |
| 290247 | 1987 | Frue | | 2/28/2003 | 1H2V04822HA013039 | 03-58777 | 7179939 | | |
| 290420 | 1987 | Frue | | 2/28/2003 | 1H2V04823HA017147 | 03-58778 | 7179940 | | |
| 290508 | 1987 | Frue | | 2/28/2003 | 1H2V04820HA017235 | 03-58779 | 7179941 | | |
| 293218 | 1989 | Frue | | 2/28/2003 | 1H2V04824KB000570 | 03-58780 | 7179943 | | |
| 293299 | 1989 | Frue | | 2/28/2003 | 1H2V04825KB000741 | 03-58781 | 7186427 | | |
| 293494 | 1989 | Frue | | 2/28/2003 | 1H2V04822KB023798 | 03-58786 | 7179944 | | |
| 480273 | 1991 | Strick | | 2/28/2005 | 1S12E848XME331850 | 05-44699 | 7094628 | | |
| 480274 | 1991 | Strick | | 2/28/2005 | 1S12E8481ME334582 | 05-44705 | 7094627 | | |
| 480275 | 1991 | Strick | | 2/28/2005 | 1S12E8481ME334503 | 05-44698 | 7094628 | | |
| 480276 | 1991 | Strick | | 2/28/2005 | 1S12E8489ME334507 | 05-44703 | 7094626 | | No Plate |
| 480277 | 1991 | Strick | | 2/28/2005 | 1S12E8485ME331853 | 05-44698 | 7094630 | | |
| 480278 | 1991 | Strick | | 2/28/2005 | 1S12E8488ME334563 | 05-44697 | 7094631 | | |
| 480279 | 1991 | Strick | | 2/28/2005 | 1S12E848XME333984 | 05-44701 | 7094632 | | |
| 480280 | 1991 | Strick | | 2/28/2005 | 1S12E8487ME334637 | 05-44704 | 7094633 | | |
| 480281 | 1991 | Strick | | 2/28/2005 | 1S12E8482ME333957 | 05-44700 | 7094634 | | |
| 480282 | 1991 | Strick | | 2/28/2005 | 1S12E8488ME334495 | 05-44702 | 7094635 | | |
| 480283 | 1990 | Great Dane | | 2/28/2005 | 1GRAA9628LB129505 | 05-69234 | 7094661 | | |
| 480284 | 1989 | Lufk | | 2/28/2006 | 1L01A4828K1086932 | 05-69239 | 7081765 | | |
| 480285 | 1989 | Theo | | 2/28/2005 | 1TA114824KG216150 | 05-69236 | 4081754 | | |



P.75

12 91
7 90
14 40
3 8.80
39.93

(29)

# DANIS TRANSPORTATION

## STATE OF MAINE

| UNIT NUMBER | YEAR | MAKE | PLATE # | EXP. DATE | VIN NUMBERS | STATE REG. | TITLE # | PUC | COMMENT |
|---|---|---|---|---|---|---|---|---|---|
| 480286 | 1989 | Pine | | 2/28/2005 | 1PNV482S4KKB37845 | 05-69235 | 7081752 | | |
| 480287 | 1991 | Great Dane | | 2/28/2005 | 1GRAA9626MB009915 | 05-69238 | 7081753 | | |
| 480288 | 1990 | Great Dane | | 2/28/2005 | 1GRAA9825LB014604 | 05-69237 | 7094682 | | |
| 480289 | 1990 | Wanc | | 2/28/2003 | 1JJV482U0LL142223 | 03-73207 | 7234316 | | |
| 480290 | 1990 | Wanc | | 2/28/2003 | 1JJV482U8LL142487 | 03-73212 | 7234321 | | |
| 480292 | 1990 | Wanc | | 2/28/2003 | 1JJV482U0LL142397 | 03-73211 | 7234320 | | |
| 480293 | 1990 | Wanc | | 2/28/2003 | 1JJV482U8LL142308 | 03-73209 | 7234318 | | |
| 480294 | 1990 | Wanc | | 2/28/2003 | 1JJV482U8LL142366 | 03-73210 | 7234319 | | |
| 480295 | 1990 | Wanc | | 2/28/2003 | 1JJV482UXLL142164 | 03-73205 | 7234314 | | |
| 480296 | 1990 | Wanc | | 2/28/2003 | 1JJV482U8LL142163 | 03-73204 | 7234313 | | |
| 480297 | 1990 | Wanc | | 2/28/2003 | 1JJV482UXLL142214 | 03-73208 | 7234315 | | |
| 480298 | 1986 | Frue | | 2/28/2003 | 1H2V04828GE033361 | 03-58791 | 7198428 | | |
| 480299 | 1984 | Frue | | 2/28/2003 | 1H2V04829EE019814 | 03-58782 | | | |
| 480300 | 1990 | Wanc | | 2/28/2003 | 1JJV482U6LL137812 | 03-73203 | 7234312 | | |
| 483410 | 1985 | Strick | | 2/28/2003 | 1S12E9487FD266891 | 03-56783 | 7198429 | | |
| 484244 | 1985 | Strick | | 2/28/2003 | 1S12E9494FD271735 | 03-56784 | 7198430 | | |
| 489602 | 1989 | Frue | | 2/28/2003 | 1H2V04826KB018804 | 03-73197 | | | |
| 489603 | 1989 | Frue | | 2/28/2003 | 1H2V04827KB018806 | 03-73174 | | | |
| 490724 | 1989 | Strick | | 2/28/2003 | 1S12E8467KE314494 | 03-56787 | 7198431 | | |
| 490823 | 1989 | Strick | | 2/28/2003 | 1S12E8490KD317463 | 03-56788 | 7198432 | | |
| 494434 | 1989 | Strick | | 2/28/2003 | 1S12E8485KE309679 | 03-56789 | 7198433 | | |
| 495624 | 1989 | Strick | | 2/28/2003 | 1S12E8485KD313966 | 03-56790 | 7198434 | | |
| 804004 | 1990 | Great Dane | | 2/28/2003 | 1GRAA9627LB014605 | 03-55088 | 7094657 | | |
| 804005 | 1990 | Great Dane | | 2/28/2003 | 1GRAA9629LB014606 | 03-55089 | 7094658 | | |
| 804008 | 1990 | Great Dane | | 2/28/2003 | 1GRAA9624LB014609 | 03-55090 | 7094640 | | |
| 804491 | 1990 | Great Dane | | 2/28/2003 | 1GRAA9622LB165801 | 03-73194 | | | |
| 814003 | 1991 | Great Dane | | 2/28/2003 | 1GRAA9821MB009904 | 03-55082 | 7345491 | | |
| 814028 | 1991 | Great Dane | | 2/28/2003 | 1GRAA9822MB009927 | 03-55087 | 7345492 | | |
| 814030 | 1991 | Great Dane | | 2/28/2003 | 1GRAA9824MB009931 | 03-55086 | 7345493 | | |
| 814038 | 1991 | Great Dane | | 2/28/2003 | 1GRAA9629MB009939 | 03-55085 | 7345494 | | |
| 814042 | 1991 | Great Dane | | 2/28/2003 | 1GRAA9820MB009943 | 03-55084 | 7345495 | | |
| 814043 | 1991 | Great Dane | | 2/28/2003 | 1GRAA9822MB009944 | 03-55083 | 7345496 | | |
| 824113 | 1993 | Great Dane | | 2/28/2003 | 1GRAA962XPB017410 | 03-55081 | 7081750 | | |
| 864214 | 1986 | Great Dane | | 2/28/2003 | 1GRAA9821GS095038 | 03-55092 | 7094680 | | |
| 864489 | 1986 | Great Dane | | 2/28/2003 | 1GRAA9626GB147278 | 03-79689 | 7094659 | | |
| 894610 | 1987 | Great Dane | | 2/28/2003 | 1GRAA9820HB010624 | 03-55094 | 7094646 | | |
| 864738 | 1987 | Great Dane | | 2/28/2003 | 1GRAA9826HS014523 | 03-55095 | 7094645 | | |
| 864758 | 1987 | Great Dane | | 2/28/2003 | 1GRAA9821HS014543 | 03-55096 | 7094648 | | |
| 864843 | 1987 | Great Dane | | 2/28/2003 | 1GRAA9625HS014843 | 03-55105 | 7094649 | | |
| 864873 | 1987 | Great Dane | | 2/28/2003 | 1GRAA9823HS014873 | 03-55097 | 7094660 | | |

# DANIS TRANSPORTATION
## STATE OF MAINE

| UNIT NUMBER | YEAR | MAKE | PLATE # | EXP. DATE | VIN NUMBERS | STATE REG. | TITLE # | PUC | COMMENT |
|---|---|---|---|---|---|---|---|---|---|
| 874497 | 1987 | Great Dane | | 2/28/2003 | 1GRAA9826HB133372 | 03-55098 | 7094851 | | |
| 874572 | 1987 | Great Dane | | 2/28/2003 | 1GRAA9829HB174217 | 03-55096 | 7094847 | | |
| 874791 | 1987 | Great Dane | | 2/28/2003 | 1GRAA9825HS156927 | 03-56100 | 7094862 | | |
| 884082 | 1988 | Great Dane | | 2/28/2003 | 1GRAA9820JB085903 | 03-55101 | 7091882 | | |
| 884107 | 1988 | Great Dane | | 2/28/2003 | 1GRAA9825JB141618 | 03-55102 | 7091833 | | |
| 884134 | 1988 | Great Dane | | 2/28/2003 | 1GRAA9828JB141540 | 03-55103 | 7091831 | | |
| 894085 | 1989 | Great Dane | | 2/28/2003 | 1GRAA9827K8052009 | 03-55104 | 7094839 | | |
| 894117 | 1989 | Great Dane | | 2/28/2003 | 1GRAA9827KS073801 | 03-56106 | 7094842 | | |
| 894116 | 1989 | Great Dane | | 2/28/2003 | 1GRAA9829KSB073802 | 03-73621 | 7094637 | | |
| 894185 | 1989 | Great Dane | | 2/28/2003 | 1GRAA9822KS070207 | 03-55108 | 7094638 | | |
| 894398 | 1989 | Great Dane | | 2/28/2003 | 1GRAA9828KS106302 | 03-55109 | 7094841 | | |
| 894414 | 1989 | Great Dane | | 2/28/2003 | 1GRAA982XKS106920 | 03-55110 | 7094844 | | |
| 911740 | 1989 | Great Dane | | 2/28/2003 | 1GRAA9822KB000285 | 03-55111 | 7094856 | | |
| 912146 | 1989 | Great Dane | | 2/28/2003 | 1GRAA9822KB150221 | 03-55112 | 7094843 | | |
| FB01 | 1979 | Trambia | | 2/28/2002 | 34271 | 02-36561 | | | |
| 45003 | 1994 | Trailmobile | | | 1PT01AAJ0R9005561 | 06-3002A | | | |
| 45007 | 1994 | Trailmobile | | | 1PT01AAJ8R9003585 | 06-3005A | | | |
| 218119 | 1987 | Pine | | | 1PND28161HKA24313 | | | | |
| 480220 | 1987 | Frue | | | 1H2V04825HH059701 | | | | |
| 804492 | 1990 | Great Dane | | | 1GRAA9824LB168902 | | | | |
| 804495 | 1990 | Great Dane | | | 1GRAA982XLB168908 | | | | |
| 804496 | 1990 | Great Dane | | | 1GRAA9821LB168906 | | | | |
| 804497 | 1990 | Great Dane | | | 1GRAA9828LB168907 | | | | |
| 804498 | 1990 | Great Dane | | | 1GRAA9825LB168908 | | | | |
| 804499 | 1990 | Great Dane | | | 1GRAA9827LB168909 | | | | |
| 804500 | 1990 | Great Dane | | | 1GRAA9823LB168910 | | | | |
| 804503 | 1990 | Great Dane | | | 1GRAA9829LB168913 | | | | |

# DANIS TRANSPORTATION
## TRANSCONTINENTAL

(11)

(14) 54 p.

| UNIT NUMBER | YEAR | MAKE | PLATE # | EXP. DATE | VIN NUMBERS | STATE REG. | TITLE # | PUC | COMMENT |
|---|---|---|---|---|---|---|---|---|---|
| 424452 | 1988. | Great Dane | | 2/28/2006 | 1GRAA9020KB168911 | 06-50609 | 76296267 | | |
| 424293 | 1989 | Great Dane | | 2/28/2008 | 1GRAA9026KB168919 | 06-50612 | 7626270 | | |
| 424291 | 1989 | Great Dane | | 2/28/2006 | 1GRAA9029KB168910 | 06-50608 | 7626266 | | |
| 424290 | 1989 | Great Dane | | 2/28/2006 | 1GRAA902XKB168918 | 06-50611 | 7626269 | | |
| 424294 | 1989 | Great Dane | | 2/28/2006 | 1GRAA9021KB168920 | 06-50613 | 7626271 | | |
| 424453 | 1989 | Great Dane | | 2/28/2006 | 1GRAA9022KB168912 | 06-50610 | 7626268 | | |
| 188 | 1984 | Dorsey | | 2/28/2006 | 1DTV11W27EA162788 | 06-50600 | | | |
| 6201 | 1984 | Dorsey | | 2/28/2006 | 1DTV11W25EA162778 | 06-50601 | | | |
| 116 | 1984 | Dorsey | | 2/28/2006 | 1DTV11W21EA162794 | 06-50602 | | | |
| 486 | 1989 | Great Dane | | 2/28/2006 | 1GRAA9629KB016401 | 06-50614 | 7626272 | | |
| 487 | 1989 | Great Dane | | 2/28/2006 | 1GRAA9620KB016402 | 06-50615 | 7626273 | | Junk-Al TFL |
| 488 | 1989 | Great Dane | | 2/28/2006 | 1GRAA9624KB016404 | 06-50616 | 7626274 | | |
| 489 | 1989 | Great Dane | | 2/28/2006 | 1GRAA9628KB016406 | 06-50618 | 7626276 | | |
| 4810 | 1989 | Great Dane | | 2/28/2006 | 1GRAA9626KB016405 | 06-50617 | 7626275 | | |

# BILL OF SALE
## Vehicle Order

SelecTrucks

SelecTrucks of Tampa LLC
6302 E. Hillsborough Ave.
Tampa, Florida 33610
(813) 630-0205

Attachment 2

Date: 07-06-04

Purchaser: Crown Financial LLC Deliver to: Dean Transportation Service
(Individual buyers name is to appear exactly as it appears on CDL)

Address: 16420 Park Ten Place, Suite 125 2100 88th Street, North Bergen, N.J. 07047

Houston, TX. 77084 Phone ( 281 ) 646-2005

Hereby offers to purchase from SELECTRUCKS OF TAMPA LLC 18 - 1997 Internationals 8100 T/A Day-Cabs

Stock #

FOB ______. Purchaser offers to pay the price listed below plus the below listed taxes, charges and fees for the vehicle as shown to the purchaser. Purchaser agrees to make payment for said vehicles and/or equipment according to the following terms and purchaser understands that delivery cannot be made until said terms are met. TERMS (show method of payment, by whom and when for deposit, down payment and/or trade-in and balance):

How were you referred to SelecTrucks of Tampa LLC?

| Year | Make | Model | Vehicle Identification Number | Price |
|---|---|---|---|---|
| 1997 | International | 8100 T/A | 475993, 475994, 475990, 475988, 466361 | |
| | | | 475645, 466367, 466330, 475631, 475628 | |
| | | | 466380, 466332, 475996, 466362, 466364 | |
| | | | 475637, 475646, 466368 | |
| | | | 18,500.00 Ea. | 333,000.00 |

Additional Items to be installed before delivery

| ESTIMATED DATE OF DELIVERY | | |
|---|---|---|
| 07-06-04 | TRUCK PRICE | 333,000.00 |
| PURCHASER REQUEST FINANCING | LESS: TRADE OR DIFF | N/A |
| ☐ YES ☒ NO | NET PRICE DIFFERENCE | 333,000.00 |
| TRADE-IN INFORMATION | TIRE FEE — $1.00 PER TIRE | N/A |
| Year/Make: | ADMINISTRATIVE COST CONNECTED WITH MISC. FED EXP NOTARY & COURIER SERVICE — PER TK | N/A |
| Serial #: | BATTERY FEE — $1.50 PER BATTERY | N/A |
| Description: | "TOTAL AMOUNT TAXABLE" | |
| Payoff To: | STATE SALES TAX | Exempt |
| Phone #: | COUNTY SURCHARGE | N/A |
| Address: | ESTIMATED TAG, TITLE & LIEN FEES | N/A |
| Payoff Amount: | PLUS TRADE-IN PAYOFF | N/A |
| Good Till: | TOTAL PRICE | 333,333.00 |
| Contact Person: | LESS DEPOSIT | |
| LIEN INFORMATION | ADDITIONAL CASH DUE ON DELIVERY | 333,333.00 |
| | UNPAID BALANCE/AMOUNT TO FINANCE | |

Purchaser acknowledges receipt of a copy of the Order and agrees that upon acceptance this Vehicle Order becomes a Contract. Purchaser acknowledges that he has read the front and reverse side of this Order and upon its acceptance, Purchaser agrees to abide by those Terms and Conditions.

[signature] Salesman
Accepted SelecTrucks of Tampa LLC

By: ______

Official Title: ______
S.T. Accepts Purchaser's Offer to Purchase

x [signature: Richard D. ...]
Purchaser

______
Purchaser

TERMS AND CONDITIONS on reverse side.

P.79