UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Robert D. Fine, Esq.
RE: CA 05-293T

Crown Financial, LLC V. Bradford A. Dean, et al

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 3 / 6 / 06 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11(a)) (Local Rule LR CV 5(a)(5))(Local Rule LR CR 57(a)(4))

XX 2. All motions and objections with accompanying memoranda must be filed in triplicate.(original and two copies) (Local Rule LR CV 7 (c))

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule LR CV 7 (a))

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule LR CV 5 (b))
b) Summons (Fed. R. Civ. P. 4(a),(b))
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule LR CV 5.1(1)) (Fed.R.Crim.P.49)

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 26(a),34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule LR CV 37(a)).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

_____ 8. Motion to appear Pro Hac Vice not in the proper form and/or does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners. (Local Rule LR Gen 204(d)

_____ 9. Other:_____

ENTER: [signature]
United States Magistrate Judge

Date: 3/6/06

cc: Counsel of Record

RECEIVED
MAR 06 2006
Property of U.S. District Court
District of Rhode Island

***UNITED STATES DISTRICT COURT***
***DISTRICT OF RHODE ISLAND***

CRONW FINANCIAL, LLC :
:
-V- : Civil Action No. 05-293-T
:
BRADFORD A. DEAN, JOHN S. DEAN, :
GLENN A. SCOTT, JEFFREY D. KING, :
THOMAS MELUCCI, RICHARD L. BREADY :
and DEAN WAREHOUSING SERVICES, INC. :

***OBJECTION TO MOTION TO JOIN A PARTY NEEDED FOR JUST ADJUDICATION FILED BY BRADFORD DEAN AND DEAN WAREHOUSING SERVICES, INC.***

Crown Financial, LLC, the plaintiff in this case, hereby objects to the Motion to Join A Party Needed for Just Adjudication filed by defendants Bradford A. Dean and Dean Warehousing Company.

In support of this objection, Crown Financial relies on the accompanying memorandum.

Wherefore, plaintiff prays that defendants' motion be denied.

CROWN FINANCIAL, LLC
By its attorneys,

Robert D. Fine (2447)
Douglas J. Emanuel (5176)
CHACE RUTTENBERG & FREEDMAN, LLP
One Park Row, Suite 300
Providence, RI 02903
Tel.: (401) 453-6400
Fax: (401) 453-6411
Email: rfine@crfllp.com

Dated: March 2, 2006