**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

CROWN FINANCIAL, LLC :
:
-V- : Civil Action No. 2005-293-T
:
BRADFORD A. DEAN, JOHN S. DEAN, :
GLENN A. SCOTT, JEFFREY D. KING, :
THOMAS MELUCCI, RICHARD L. BREADY :
and DEAN WAREHOUSING SERVICES, INC. :

***MOTION TO STAY***
***OPERATION OF PRETRIAL ORDER***

The plaintiff, Crown Financial, LLC ("Crown Financial"), hereby moves this Court for an order staying the operation of this Court's Pretrial Order for sixty (60) days.

In support of this motion, Crown Financial relies on the accompanying memorandum.

CROWN FINANCIAL, LLC
By its attorneys,

Robert D. Fine, Esq. (#2447)
Douglas J. Emanuel, Esq. (#5176)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
Email: demanuel@crfllp.com

Date: June 7, 2006

## *CERTIFICATION*

I hereby certify that on the 7th day of June, 2006, I forwarded a copy of the within motion by United States mail, postage prepaid, to:

Richard J. Welch, Esq.
Moses Afonso Jackvony, Ltd.
170 Westminster Street, Suite 201
Providence, RI 02903

Scott J. Partington, Esq.
Bigos & Partington, Ltd.
2176 Mendon Road, Suite 200
Cumberland, RI 02864

Edward L. Gerstein, Esq.
29 Meeting House Lane
Little Compton, RI 02837

Craig M. Scott, Esq.
Duffey Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Michael A. Kelly, Esq.
55 Pine Street
Providence, RI 02903

Timothy Robenhymer, Esq.
303 Jefferson Blvd., 2nd Floor
Warwick, RI 02888

***UNITED STATES DISTRICT COURT***
***DISTRICT OF RHODE ISLAND***

CROWN FINANCIAL, LLC :
:
-V- : Civil Action No. 2005-293-T
:
BRADFORD A. DEAN, JOHN S. DEAN, :
GLENN A. SCOTT, JEFFREY D. KING, :
THOMAS MELUCCI, RICHARD L. BREADY :
and DEAN WAREHOUSING SERVICES, INC. :

***MEMORANDUM IN SUPPORT OF***
***ASSENTED-TO MOTION TO STAY***
***OPERATION OF PRETRIAL ORDER***

The plaintiff, Crown Financial, LLC ("Crown Financial"), has moved this Court for an order staying the operation of this Court's Pretrial Order for sixty (60) days. Presently, discovery is scheduled to close on July 31, 2006.

In support of this motion, Crown Financial states that on May 23, 2006, in connection with a Settlement Conference conducted by Magistrate Judge Lovegreen, the parties reached an agreement that resolves all issues raised in the Complaint and the Counterclaims. The parties expect that the drafting and execution of the proper documentation, and the completion of the terms of the agreement itself, will require sixty (60) days. Absent a stay of the Court's Pretrial Order, the parties will be forced to incur expenses and discovery no longer justified or required.

Thus, Crown Financial requests a stay of the Court's Pretrial Order for a period of sixty (60) days.

CROWN FINANCIAL, LLC
By its attorneys,

[signature]

Robert D. Fine, Esq. (#2447)
Douglas J. Emanuel, Esq. (#5176)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
Email: demanuel@crfllp.com

Date: June 7, 2006

***CERTIFICATION***

I hereby certify that on the 7th day of June, 2006, I forwarded a copy of the within memorandum by United States mail, postage prepaid, to:

Richard J. Welch, Esq.
Moses Afonso Jackvony, Ltd.
170 Westminster Street, Suite 201
Providence, RI 02903

Scott J. Partington, Esq.
Bigos & Partington, Ltd.
2176 Mendon Road, Suite 200
Cumberland, RI 02864

Edward L. Gerstein, Esq.
29 Meeting House Lane
Little Compton, RI 02837

Craig M. Scott, Esq.
Duffey Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Michael A. Kelly, Esq.
55 Pine Street
Providence, RI 02903

Timothy Robenhymer, Esq.
303 Jefferson Blvd., 2nd Floor
Warwick, RI 02888