U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CROWN FINANCIAL, LLC :

-V- : Civil Action No. 2005-293-T

BRADFORD A. DEAN, JOHN S. DEAN,
GLENN A. SCOTT, JEFFREY D. KING,
THOMAS MELUCCI, RICHARD L. BREADY
and DEAN WAREHOUSING SERVICES, INC. :

***MOTION TO STAY OPERATION OF PRETRIAL ORDER***

The plaintiff, Crown Financial, LLC ("Crown Financial"), hereby moves this Court for an order staying the operation of this Court's Pretrial Order for sixty (60) days.

In support of this motion, Crown Financial relies on the accompanying memorandum.

CROWN FINANCIAL, LLC
By its attorneys,

Robert D. Fine, Esq. (#2447)
Douglas J. Emanuel, Esq. (#5176)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
Email: demanuel@crfllp.com

Date: June 7, 2006

DENIED

Ernest C. Torres
Chief, US District Judge
7/11/06

***CERTIFICATION***

I hereby certify that on the 7th day of June, 2006, I forwarded a copy of the within motion by United States mail, postage prepaid, to:

Richard J. Welch, Esq.
Moses Afonso Jackvony, Ltd.
170 Westminster Street, Suite 201
Providence, RI 02903

Scott J. Partington, Esq.
Bigos & Partington, Ltd.
2176 Mendon Road, Suite 200
Cumberland, RI 02864

Edward L. Gerstein, Esq.
29 Meeting House Lane
Little Compton, RI 02837

Craig M. Scott, Esq.
Duffey Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Michael A. Kelly, Esq.
55 Pine Street
Providence, RI 02903

Timothy Robenhymer, Esq.
303 Jefferson Blvd., 2nd Floor
Warwick, RI 02888