UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 20 2006
Property of U.S. District Court
District of Rhode Island

CROWN FINANCIAL, LLC
Plaintiff,

v. C.A. NO.: 05-293T

BRADFORD A. DEAN, JOHN S. DEAN, GLENN A. SCOTT, JEFFREY D. KING, THOMAS MELUCCI, RICHARD L. BREADY and DEAN WAREHOUSING SERVICES, INC.
Defendants.

**CONSENT FINAL JUDGMENT**

Judgment shall enter in favor of Defendants, Thomas Melucci and Richard L. Bready, and against Plaintiff, Crown Financial, LLC.

ENTER:

Ernest C. Torres
Judge
7/12/06

BY ORDER:

Clerk

Presented by:

Crown Financial, LLC
By its Attorneys,

Robert D. Fine, Esq. (#2447)
Douglas J. Emanuel, Esq. (#5176)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
(401) 453-6400
(401) 453-6411

Thomas Melucci
By his Attorney,

Craig M. Scott, Esq. (#4237) 6/16/06
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0700-Fax