UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CROWN FINANCIAL, LLC | : | |
| | : | |
| -V- | : | Civil Action No. 2005-293-T |
| | : | |
| BRADFORD A. DEAN, JOHN S. DEAN, GLENN A. SCOTT, JEFFREY D. KING, THOMAS MELUCCI, RICHARD L. BREADY and DEAN WAREHOUSING SERVICES, INC. | : | |

DISMISSAL STIPULATION AS
TO REMAINING DEFENDANTS

The plaintiff, Crown Financial, LLC ("Crown Financial"), and the remaining defendants hereby stipulate that the complaint and any and all counterclaims may be and hereby are dismissed, with prejudice, no interest or costs.

ENTER:

Ernest C. Torres

8/16/06

PER ORDER:

CROWN FINANCIAL, LLC

By its attorneys,

Robert D. Fine, Esq. (# 2447)
Douglas J. Emanuel, Esq. (# 5176)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903

GLENN A. SCOTT

By his attorneys,

Richard J. Welch, Esq. (# 4497)
Moses Afonso Jackvony, Ltd.
170 Westminster Street, Suite 201
Providence, RI 02903

JOHN S. DEAN,

By his attorneys,

Scott J. Partington, Esq. (# 3168)
Bigos & Partington, Ltd.
2176 Mendon Road, Suite 200
Cumberland, RI 02864

JEFFREY D. KING

By his attorney,

Timothy Robenhymer, Esq. (# 4419)
303 Jefferson Blvd., 2nd Floor
Warwick, RI 02888

BRADFORD A. DEAN and DEAN WAREHOUSING SERVICES, INC.

By their attorney,

Michael A. Kelly, Esq. (# 2116)
55 Pine Street
Providence, RI 02903